DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHANE LEON HAPPEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3747

_____

July 10, 2024

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Rachael E. Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin, Assistant Attorney General, Tampa; and Clara V. Murga, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.